BLAKE J. RUSSUM (SBN 258031)
ROPERS MAJESKI PC
445 South Figueroa, Suite 3000
Los Angeles, CA 90071-1619
Phone: (213) 312-2000
FAX: (213) 312-2001
Email: blake.russum@ropers.com

Attorneys for Defendant
THE LINCOLN NATIONAL LIFE INSURANCE COMPANY

BRIAN H. KIM (SBN 215492)
BOLT KEENLEY KIM LLP
2855 Telegraph Avenue, Suite 517
Berkeley, California 94705
Phone: (510) 225-0696
Fax: (510) 225-1095
Email: bkim@bkkllp.com

R. CHANDLER WILSON (Admitted *Pro Hac Vice*)
ERIC BUCHANAN & ASSOCIATES, PLLC
414 McCallie Avenue
Chattanooga TN 37102
Phone: (423) 634-2506
Email: cwilson@buchanandisability.com

Attorneys for Plaintiff
GILL SHAPIRA

UNITED STATES DISTRICT COURT ~~NORTHERN DISTRICT OF CALIFORNIA~~

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILL SHAPIRA,<br><br>Plaintiff,<br><br>vs.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>Defendant. | Case No. 5:21-cv-00509-BLF<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

Come now all the parties who have appeared in this action as evidenced by their counsel's signatures below and hereby dismiss this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) which states that a voluntary dismissal by the plaintiff without order of the court may be effectuated by filing "a stipulation of dismissal signed by all parties who have appeared." The parties stipulate that this dismissal is without prejudice pursuant to Rule 41(a)(1)(B). Each party shall bear its own fees and costs.

Dated: November 4, 2021

ROPERS MAJESKI PC

By: */s/ Blake J. Russum*
Blake J. Russum
Attorneys for Defendant
THE LINCOLN NATIONAL LIFE INSURANCE COMPANY

Dated: November 4, 2021

ERIC BUCHANAN & ASSOCIATES, PLLC

By: */s/ R. Chandler Wilson*
R. Chandler Wilson
Attorneys for Plaintiff
GILL SHAPIRA